# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-07-5305-R**                                    **DATE: AUGUST 21, 2008**

**TITLE: SHAMUSIDEEN A. ALIU -V- LONG BEACH UNIFIED SCHOOL DISTRICT**
==================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                              <u>     N/A     </u>
**Deputy Clerk**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 2, 2008 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                         Initials of Deputy Clerk __WH__
**CIVIL - GEN**                        D-M