**DECLUES, BURKETT & THOMPSON, LLP**
**Attorneys at Law**
JEFFREY P. THOMPSON, Esq. (State Bar No. 136713)
JENNIFER K. BERNEKING, Esq. (State Bar No. 167172)
17011 Beach Blvd., Ste. 400
Huntington Beach, CA 92647-7455
Phone: (714) 843-9444
Fax: (714) 843-9452
e-mail address: jthompson@dbtlaw.com

EXEMPT FROM FEES PER: GOVERNMENT CODE SECTION 6103

**ENTER JS-6**

Attorneys for Defendants, LONG BEACH UNIFIED SCHOOL DISTRICT (a public entity); PERSONNEL COMMISSION OF LONG BEACH UNIFIED SCHOOL DISTRICT (a public entity); KIM STALLING; RUTH PEREZ ASHLEY; MATT WOODS; and STEPHEN CROTHERS (public employees)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAMUSIDEEN A. ALIU,<br><br>   Plaintiff,<br><br>   vs.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT, A Municipal Corp.; PERSONNEL COMMISSION OF LONG BEACH UNIFIED SCHOOL DISTRICT; KIM STALLING, An Individual; RUTH PEREZ ASHLEY, An Individual; MATT WOODS, An Individual; STEPHEN CROTHERS, An Individual; and DOES 1 THROUGH 10; INCLUSIVE,<br><br>   Defendants. | CASE NO.: CV 07-5305-R (PJWx)<br><br>*Complaint Filed: 08/14/07*<br>*Judge Manuel Real*<br>*Courtroom 8*<br><br>**ORDER ON ORDER TO SHOW CAUSE HEARING RE: DISMISSAL FOR LACK OF PROSECUTION** |

The Order to Show Cause Hearing Re: Dismissal for Lack of Prosecution came on for hearing before this Court on September 2, 2008. No appearance was made on behalf of plaintiff SHAMUSIDEEN ALIU. Jeffrey P. Thompson, Esq. appeared for defendants. After consideration of the matters presented to the Court, **IT IS HEREBY ORDERED**:

///

///

1   The entire matter is hereby ordered dismissed without prejudice pursuant to Rule 41
2   of the Federal Rules of Civil Procedure for lack of prosecution.
3
4   Dated:  __September 04, 2008_____
5                                                                  Honorable Manuel L. Real
                                                                   U.S. District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**(C.C.P. section 1013a(3))**

STATE OF CALIFORNIA  )
                     ) SS.
COUNTY OF ORANGE     )

I am over the age of 18, and I am not a party to the within action. I am employed by **DECLUES, BURKETT & THOMPSON, LLP,** in the County of Orange, at 17011 Beach Blvd., Ste. 400, Huntington Beach, California, 92647-5995.

On September 3, 2008, I served the attached: **ORDER ON ORDER TO SHOW CAUSE HEARING RE: DISMISSAL FOR LACK OF PROSECUTION**

on the interested parties in this action by serving copies thereof in sealed envelopes, addressed as follows:

Moses O. Onyejekwe
Law Offices of Moses O. Onyejekwe
3255 Wilshire Boulevard, Suite 1032
Los Angeles, CA 90010
Tel: (213) 487-7260
Fax.: (213) 487-7415

George E. Omoko
3255 Wilshire Boulevard, Suite 1032
Los Angeles, CA 90012
Tel: (213) 487-0190
Fax.: (213) 487-7415

XXX BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Huntington Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of those listed on the attached service list.

(STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (FEDERAL) I declare that I am employed as an independent contractor by a member of the bar of this Court, at whose direction the service was made.

BY FACSIMILE TRANSMISSION: The facsimile machine I used complied with Rule 003(3), and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on September 3, 2008, at Huntington Beach, California.

Carolyn Rodriguez